**DENY; and Opinion Filed May 8, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00518-CV

## IN RE LIZA WILDMAN, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02529-2018**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Reichek
Opinion by Justice Schenck

In this original proceeding, relator complains of the trial court's April 9, 2019 order denying relator's motion to compel and request for entry of a scheduling order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190518F.P05